EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Designación de la Secretaria del Tribunal Supremo | 2014 TSPR 79 <br><br> 191 DPR ____ |

Número del Caso: EN-2014-2

Fecha: 27 de junio de 2014

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

**EN EL TRIBUNAL SUPREMO DE PUERTO RICO**

Designación de la
Secretaria del
Tribunal Supremo

EN-2014-02

*RESOLUCIÓN*

En San Juan,  Puerto Rico, a 27 de junio de 2014.

Se designa Secretaria de este Tribunal a la Hon. Aida Ileana Oquendo Graulau. Ésta ejercerá las funciones propias del cargo y cualquier otra función que le asigne el Tribunal. La presente designación será efectiva tan pronto preste el juramento de toma de posesión de su cargo.

Publíquese.

Lo acordó el Tribunal y certifica la Subsecretaria del Tribunal.

Camelia Montilla Alvarado
Subsecretaria del Tribunal Supremo